Timothy P. Harkness
David Y. Livshiz
Peter Jaffe
Shannon M. Leitner
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: +1 (212) 277-4000
Facsimile: +1 (212) 277-4001

701 13th Street, NW, Floor 10
Washington, DC  20005
Telephone: +1 (202) 777-4551
Facsimile: +1 (202) 507-5951

*Attorneys for Shield Securities Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.* <br><br> Debtors. | Chapter 11 <br> Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC., <br><br> Plaintiff, <br><br> *- against -* <br><br> BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*, <br><br> Defendants. | Adversary Proceeding <br> No. 10-03547 (SCC) |

### NOTICE OF APPEAL

Defendant Shield Securities Limited (**Shield**), by its undersigned counsel, hereby appeals pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York (the **District Court**) the Order Concerning Shield's Motion to Dismiss for

Lack of Personal Jurisdiction (the **Order**) of the United States Bankruptcy Court for the Southern District of New York (Hon. J. Chapman) (the **Bankruptcy Court**) entered on September 28, 2015 to the extent that by that Order the Bankruptcy Court asserts in rem jurisdiction and concomitant adjudicatory authority in the dispute.  The Order and associated Memorandum Decision are attached as Exhibits A and B, respectively, to the Declaration of Shannon M. Leitner, filed on October 5, 2015.  In filing this notice of appeal and related submissions, Shield does not waive and expressly preserves any and all defenses, including, without limitation, lack of personal jurisdiction (including, for the avoidance of doubt, both in personam jurisdiction over Shield and in rem jurisdiction over any asserted subject matter of this dispute).

The names of all parties to the decision appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

**APPELLANT:**

Shield Securities Limited

FRESHFIELDS BRUCKHAUS DERINGER US LLP

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: +1 (212) 277-4000
Facsimile: +1 (212) 277-4001
Attn:   Timothy P. Harkness, Esq.
        David Y. Livshiz, Esq.
        Shannon M. Leitner, Esq.

701 13th Street, NW, Floor 10
Washington, DC  20005
Telephone: +1 (202) 777-4551
Facsimile: +1 (202) 507-5951
Attn:   Peter Jaffe, Esq.

**PLAINTIFF-APPELLEES:**

Lehman Brothers Special Financing, Inc.

WOLLMUTH MAHER & DEUTSCH LLP

500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Attn:   Paul R. DeFilippo, Esq.
        William F. Dahill, Esq.
        Joanna Schorr, Esq.

| | |
|---|---|
| Dated: New York, New York<br>October 5, 2015 | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br><br>By:  /s/ Timothy P. Harkness<br>      Timothy P. Harkness<br>      David Y. Livshiz<br>      Peter Jaffe<br>      Shannon M. Leitner<br><br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: +1 (212) 277-4000<br>Facsimile: +1 (212) 277-4001<br>timothy.harkness@freshfields.com<br>david.livshiz@freshfields.com<br>shannon.leitner@freshfields.com<br><br>701 13th Street, NW, Floor 10<br>Washington, DC  20005<br>Telephone: +1 (202) 777-4551<br>Facsimile: +1 (202) 507-5951<br>peter.jaffe@freshfields.com<br><br>*Attorneys for Shield Securities Limited* |