MEMO ENDORSED

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

October 15, 2015

VIA ECF & HAND DELIVERY

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

10-20-15

    Re: *Shield Securities Limited v. Lehman Brothers Special Financing Inc.*, 15-cv-08052 (ALC)

Dear Judge Carter:

  We represent Lehman Brothers Special Financing Inc. ("LBSF") in the above-referenced matter. We write to request a one week extension to file our opposition to Shield Securities Limited's ("Shield") motion seeking leave to appeal (Dkt. No. 4).

  This is LBSF's first request for an extension of time with respect to this motion, and it is made with Shield's consent. LBSF's opposition was originally due on October 19, 2015. Accordingly, on consent, we respectfully request that the court so order the stipulation annexed hereto as Exhibit A which adjusts the briefing schedule as follows:

1. LBSF shall file its opposition to Shield's motion seeking leave to appeal on or before Monday, October 26, 2015.

2. Shield shall file its reply to LBSF's opposition on or before November 5, 2015.

Respectfully submitted,

William F. Dahill

cc: Timothy P. Harkness, Esq. (for Shield Securities Limited)
   David Y. Livshiz, Esq. (for Shield Securities Limited)
   Shannan Leitner, Esq. (for Shield Securities Limited)

SO ORDERED:

/s/ Andrew L. Carter

10-20-15

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE